[No. 723-2.    Division Two.    July 9, 1973.]

FRED A. NELSON, *Appellant*, v. THE DEPARTMENT OF MOTOR VEHICLES *et al., Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 190627, Bartlett Rummel, J., entered March 6, 1972. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 559-3.    Division Three.    July 9, 1973.]

JAMES P. McCLENAHAN, *Appellant*, v. JOHN A. WESTLAND *et al., Respondents.*

Appeal from a judgment of the Superior Court for Benton County, No. 25282, Ross R. Rakow, J., entered January 13, 1972. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 792-3.    Division Three.    July 9, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. JEROME L. GABRIEL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 20719, Del Cary Smith, Jr., J., entered November 28, 1972. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 761-3.    Division Three.    July 10, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY PAUL CARTER, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 3500, Felix Rea, J., entered December 1, 1972. *Affirmed* by unpublished per curiam opinion.